**Mark Anthony VIGIL, Plaintiff–
Appellant,**

v.

**The WALT DISNEY COMPANY,
Defendant–Appellee,**

and

**Time Warner Inc., Defendant–Appellee,**

and

**The National Hockey League,
Defendant–Appellee.**

No. 04–1187.

United States Court of Appeals,
Federal Circuit.

May 19, 2004.

Mark Anthony Vigil, Eureka, CA, pro se.

Peter R. Crane, Wilson, Principal Attorney, Elser, San Francisco, CA, Nicholas M. Cannella, Principal Attorney, Fitzpatrick, Cella, New York, NY, Charles K. Verhoeven, Principal Attorney, Quinn, Emanuel, Redwood Shores, CA, Teague I. Donahey, Of Counsel, Sidley, Austin, San Francisco, CA, Matthew W. Meskell, Of Counsel, Quinn, Emanuel, Redwood Shores, CA, for Defendant–Appellee.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.